No. —. NORTHERN PACIFIC R. CO. ET AL. *v.* UNITED STATES ET AL.; and

No. —. SCHMIDT ET AL. *v.* UNITED STATES ET AL. May 16, 1938. The applications, presented to the Chief Justice and referred by him to the Court, are denied.

No. —, original. EX PARTE CLARENCE M. BRUMMITT; and.

No. —, original. EX PARTE JOSEPH J. MCCARTHY. May 16, 1938. Applications denied.